**FILED**

MAY -5 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Eric Chavez<br><br>　　　　Defendant. | Case No. 4:23-cr-00069-JST-1<br><br>**ORDER FOR IMMEDIATE RELEASE** |

GOOD CAUSE APPEARING, the United States Marshal's Service is hereby ordered to immediately release Eric Chavez from custody. Defendant is ordered to abide by all previously ordered terms and conditions of Supervised Release. Defendant is to report as directed to probation.

DATED: 　May 5, 2023

　　　　　　　　　　　　　　　　　*Kandis Westmore*
　　　　　　　　　　　　　　　　　HON. KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　United States Magistrate Judge